WILLIAM PARSONS, Appellant, *v.* WILLIAM W. BROWN, Impleaded, etc., Respondent.

(Argued March 17, 1879; decided October 14, 1879.)

THIS was an action upon a promissory note, alleged to have been indorsed by defendant Brown, who alone appeared and answered. (Mem. of decision below, 5 Hun, 112.)

The name of Brown was indorsed upon the note by one Lyon, and one of the principal questions litigated was as to Lyon's authority. The referee found certain facts from which he in effect held that Brown was estopped from questioning the authority of Lyon. The General Term reversed the judgment and granted a new trial on questions of law as well as fact, that court holding substantially that the facts found by the referee did not work an estoppel, and also that the evidence did not sustain the findings. The court here, on the questions of law, disagreed with so much of the opinion of the General Term as held that the facts found, with those proved, and which might be considered in support of the judgment, did not work an estoppel; but as

the court was divided upon the question whether or not the General Term was right in ordering a new trial on the questions of fact, it determined to allow the appellant to withdraw his appeal and go to a new trial before a jury, costs of appeal to abide event.

*H. E. Sickels* for appellant.

*H. G. Prindle* for respondent.

RAPALLO, J., reads opinion granting leave to appellant to withdraw his appeal and go to a new trial before a jury, costs to abide event, the court being divided on the questions of fact.

All concur, except DANFORTH, J., not voting.

Ordered accordingly.